IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-02727-NYW | Date: | March 22, 2016 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| ESTATE OF TIMOTHY SCOTT DIXON, <br> S. A. D., <br> CODY N. DIXON, <br><br> **Plaintiffs,** <br><br> v. <br><br> BOARD OF COUNTY COMMISSIONERS OF CROWLEY COUNTY, <br> CROWLEY COUNTY COLORADO SHERIFFS OFFICE, <br> MILES CLARK, <br> MARK MORLOCK, <br> JAMES BUTLER, <br> JON MILLER, <br> ALICIA JACOBS, <br> JOHN AND JANE DOES 1-5, <br><br> **Defendants.** | *Andrew Burch Reid* <br> *Kenneth B. Pennywell* <br> *Kelly Patricia Yousem* <br> *Jeffrey Alan Springer* <br><br><br><br> *J. Andrew Nathan* <br> *Nicholas Christaan Poppe* <br> *Katrina Marie Brannan* |

### COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

Court in Session: 9:32 a.m.

Appearance of counsel.

Discussion and argument held regarding Plaintiffs' Motion to Compel F.R.Civ.P. 26(a)(1) Disclosures [66] filed March 18, 2016.

For the reasons stated on the record, it is

**ORDERED: Plaintiffs' Motion to Compel F.R.Civ.P. 26(a)(1) Disclosures [66] is GRANTED in PART and DENIED in PART. All parties shall supplement initial disclosures on or before March 29, 2016 consistent with the court's direction.  Plaintiffs' request for sanctions is DENIED.**

Discussion held regarding affirmative defenses.

Plaintiff shall supplement the Scheduling Order with a good faith estimate of the computation of damages on or before March 29, 2016.

Parties have agreed to a protective order. A proposed protective order is due on or before March 29, 2016.

Plaintiffs are allowed:

Twenty (20) depositions; including experts, no deposition may exceed one day of seven hours;
Forty (40) interrogatories, including discrete subparts;
Forty (40) requests for production of documents;
Forty (40) requests for admissions, excluding those used for authentication of documents.

Defendants, collectively, are allowed:

Twenty (20) depositions; including experts, no deposition may exceed one day of seven hours;
Fifty (50) interrogatories, including discrete subparts;
Fifty (50) requests for production of documents;
Fifty (50) requests for admissions, excluding those used for authentication of documents.

Deadline for joinder of parties and amendment of pleadings: May 6, 2016.

Discovery cut-off: October 21, 2016.

Dispositive motion deadline: December 5, 2016.

Each side may designate no more than six (6) testifying experts.
Plaintiffs shall designate principal experts on or before: July 29, 2016.
Defendants shall designate all experts on or before: August 29, 2016.
Plaintiffs shall designate rebuttal experts on or before: September 19, 2016.

Deadline for filing any Rule 702 Motions is October 21, 2016.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: September 6, 2016.

A Final Pretrial Conference is set for February 7, 2017, at 10:00 a.m. before Magistrate Judge Nina Y. Wang in Courtroom C-204. Lead counsel planning to try the case should appear in person. The parties shall submit their proposed pretrial order through PACER, and include a courtesy copy of the proposed order in a Word format sent by email to Wang_Chambers@cod.uscourts.gov, seven days prior to the conference.

Parties are advised of informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.Colo.LCivR 7.1(a) in an effort to resolve the issues. Parties should talk by telephone. If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is simple, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

Discussion held regarding 30(b)(6) deposition and cumulative depositions. Plaintiffs shall send a notice for the 30(b)(6) deposition, and the court will address any specific issues that arise.

Parties discuss minor revisions to the amended complaint. Plaintiffs will proceed with filing an Amended Complaint as contemplated by the Order dated March 11, 2016. [63].

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess:  10:17 a.m.            Hearing concluded.            Total time in Court:  00:45